IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JACOB ALUMINUM COMPANY, INC.,

Plaintiff,

v.

CRAFT-BILT MANUFACTURING
COMPANY,

Defendant.                                              No. 08-0459-DRH

## ORDER

**HERNDON, Chief Judge:**

Today, Plaintiff filed a notice of dismissal (Doc. 5). Specifically, Plaintiff's notice states that the parties have reached a settlement and that Plaintiff dismisses with prejudice its case. Thus, the Court **ACKNOWLEDGES** the notice of dismissal and **DISMISSES with prejudice** Plaintiff's cause of action. Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 20th day of November, 2008.


/s/     David R Herndon

**Chief Judge**
**United States District Court**